UNITED STATES of America,
Plaintiff—Appellee,

v.

Keenan Kester COFIELD, Defendant—
Appellant.

No. 06–7731.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 19, 2007.

Keenan Kester Cofield, Appellant Pro Se. Stephen Matthew Schenning, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keenan Kester Cofield appeals the district court's marginal order denying his motion to reconsider, under Fed.R.Civ.P. 60(b), the denial of his "motion to correct sentence." We have reviewed the record and find no reversible error. Accordingly, we deny Cofield's motion to remand and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-